AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiClerico, Jr., Joseph A. | United States District Court District of New Hampshire | 03/18/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge Senior Status | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 55 Pleasant Street, Room 400 Concord, NH 03301 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust VIII (See Part VIII) |
| 2. Power of Attorney | POA # 1 (See Part VIII) |
| 3. Executor | Estate # 1 (See Part VIII) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DiClerico Jr_Joseph_A

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | ███████████████████ |
| 2. | 2008 | Executor (Estate #2) and Trustee Fees paid by Trust V (See Part VIII) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. ███████ | Use of Boathouse | $1,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sh. Com. AT&T | A | Dividend | J | T | | | | | |
| 2. Sh. Com. Alacatel Lucent | A | Dividend | J | T | | | | | |
| 3. Sh. Com. Bristol-Meyers Squibb | C | Dividend | L | T | | | | | |
| 4. Sh. Com. Coca-Cola Co. | B | Dividend | J | T | Sold (part) | 10/06 | L | F | |
| 5. Sh. Com. Comcast | A | Dividend | J | T | | | | | |
| 6. Sh. Com. Community Bancorp | C | Dividend | L | T | | | | | |
| 7. Sh. Com. Exxon Mobil | A | Dividend | J | T | | | | | |
| 8. Sh. Com. General Electric | D | Dividend | M | T | | | | | |
| 9. Sh. Com. NH Thrift Bankshares | A | Dividend | J | T | | | | | |
| 10. ▓▓▓▓▓Money Market Trust | A | Dividend | | | Transferred (to line 20) | 5/19 | M | | |
| 11. Sh. Com. Zimmer Holdings | | None | J | T | | | | | |
| 12. Sh. Com. The Phoenix Companies, Inc. | A | Dividend | J | T | | | | | |
| 13. Phoenix Mutual Life Ins. Co. - Life Insurance | A | Dividend | K | T | | | | | |
| 14. IRA Brokerage Acct #1 American Funds: Am. Bal. Fund Class C | A | Dividend | J | T | | | | | |
| 15. IRA Brokerage Acct. #2 | C | Dividend | M | T | | | | | |
| 16. -American Funds: American Bal. Fund Class C | | | | | Sold (part) | 10/06 | J | | |
| 17. -American Funds:Capital Income Builder Fund | | | | | Sold (part) | 10/06 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 -.$25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -US Gov't Securities Fund Class C | | | | | Buy | 10/06 | K | | |
| 19.  - American Funds: Bond Fund of America Class C | | | | | Buy | 10/06 | K | | |
| 20.  ▓▓▓▓ank Deposit Program | A | Interest | M | T | Transferred (from line 10) | 5/19 | M | | |
| 21.  Virtus Investment Partners, Inc (Stock) | | None | J | T | Spinoff (from line 12) | | | | |
| 22. | | | | | | | | | |
| 23.  LIST B | | | | | | | | | |
| 24.  NH Gen. Obl. Zero Coup Bnd. Col. Svgs Prog. (2) 8/1/09 | | None | K | T | | | | | |
| 25.  NH St. Cap. App. Col. Svgs Zero | | None | J | T | | | | | |
| 26.  NH St. Col. Svgs. Zero Coup Bnd (2) 8/1/01 | | None | K | T | Buy (Add'l) | 12/10 | J | | |
| 27.  ▓▓▓▓Bank Accounts | A | Interest | L | T | | | | | |
| 28.  NH St. Col. Svgs. Zero Coup. Bnd 7/1/10 | | None | J | T | | | | | |
| 29.  Puerto Rico Pub. Impt.G.O. Zero Coup. Bnd. 7/1/11 | | None | J | T | | | | | |
| 30.  NH St. Col. Svgs Zero Coup. Bnd | | None | J | T | | | | | |
| 31.  NH St. Col. Svgs. Zero Coup. Bnd | | None | J | T | Buy | 8/25 | J | | |
| 32. | | | | | | | | | |
| 33.  LIST C | | | | | | | | | |
| 34.  ▓▓▓▓Bank Accounts | A | Interest | K | T | | | | | |

1. Income Gain Codes:       A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000       M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
(See Column C2)             U =Book Value             V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Property ▮▮▮▮ NH 2008 $90,600 Cur. Val $103,900 | | None | K | T | | | | | |
| 36. Rental Property - ▮▮▮▮ ounty, NC 5/2007 | A | Rent | M | Q | Transferred (from line 85) | 11/2 | M | | |
| 37. | | | | | | | | | |
| 38. TRUST I | E | Int./Div. | O | T | | | | | |
| 39. ▮▮▮▮ Money Market Trust | | | | | Transferred (to line 48) | 5/19 | J | | |
| 40. -Manchester NH G.O. Pub. Improvmt. Bnd 7/1/15 | | | | | | | | | |
| 41. -American Funds: Capital Income Builder Fund | | | | | Sold | 9/23 | N | C | |
| 42. -American Funds: Income Fund of America, Inc. | | | | | Sold | 9/23/ | M | | |
| 43. ▮▮▮ Bank Account | | | | | Redeemed | 12/8 | L | C | |
| 44. -American Funds: American Balanced Fund - A | | | | | Sold | 9/23 | M | | |
| 45. ▮▮▮ Bank Account | | | | | Redeemed | 11/7 | J | A | |
| 46. ▮▮▮▮ Account | | | | | Redeemed | 11/7 | L | C | |
| 47. -American Funds: US Treasury Money Fund of America A | | | | | Buy | 9/23 | O | | |
| 48. ▮▮▮ Bank Deposit Program | | | | | Transferred (from line 39) | 5/19 | J | | |
| 49. ▮▮▮ Bank (X) | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. TRUST II | E | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▮▮▮Money Market Trust/Cash | | | | | Transferred (to line 65) | 5/19 | | | |
| 53. -Insured Muni Income Tr. #163 | | | | | Sold | 9/23 | J | | |
| 54. -NH Municipal Bnd. Bk 8/15/19 | | | | | | | | | |
| 55. ▮▮▮outhern Bank Account | | | | | Redeemed | 5/14 | L | | |
| 56. ▮▮▮Bank Account | | | | | Redeemed | 8/18 | L | | |
| 57. ▮▮Bank Account | | | | | Redeemed | 11/7 | L | C | |
| 58. ▮▮▮Bank Account | | | | | Redeemed | 8/11 | L | | |
| 59. ▮▮▮▮Bank Account | | | | | Redeemed | 4/25 | L | | |
| 60. -American Funds: American High Income Muni Bnd. Fd Inc A | | | | | Buy | 4/30 | K | | |
| 61. | | | | | Sold | 9/23 | K | | |
| 62. -American Funds: Tax Exempt Bond Fund of America, Inc A | | | | | Buy | 4/30 | K | | |
| 63. | | | | | Sold | 8/1 | K | | |
| 64. | | | | | Buy | 9/23 | M | | |
| 65. ▮▮▮ Bank Deposit Program | | | | | Transferred (from line 52) | 8/1 | K | | |
| 66. -American Funds: US Treasury Money Fund of America A | | | | | Buy | 8/23 | M | | |
| 67. -GE Capital Financial Inc. | | | | | Open | 8/12 | K | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TRUST III (Account closed as of 11/30/08) | E | Int./Div. | | | | | | | |
| 70. -Sh. Com. Archer Daniels | | | | | Sold | 5/23 | J | D | |
| 71. -Sh. Com CSX | | | | | Sold | 5/23 | L | E | |
| 72. -Sh. Com. Exxon Mobil | | | | | Sold (part) | 5/28 | L | F | |
| 73. | | | | | Transferred (to line 199) | 11/13 | M | G | |
| 74. | | | | | Transferred (to line 281) | 11/13 | M | | |
| 75. -Sh. Com. FLP Group | | | | | Sold | 5/23 | L | E | |
| 76. -Sh. Com. General Electric | | | | | Sold (part) | 5/28 | M | F | |
| 77. | | | | | Transferred (to line 200) | 11/13 | K | | |
| 78. | | | | | Transferred (to line 282) | 11/13 | K | | |
| 79. -Sh. Com. Rockwell Automation | | | | | Sold | 5/23 | K | E | |
| 80. -Sh. Com. AT&T | | | | | Sold | 5/23 | L | E | |
| 81. - Sh. Com. Tri-Continental | | | | | Sold | 5/23 | K | | |
| 82. - Sh. Com. Verizon | | | | | Sold | 5/23 | J | C | |
| 83. - Sh. Com. American Electric Power Co. | | | | | Sold | 5/23 | J | | |
| 84. ▇▇▇▇ Bank Account | | | | | Closed | 6/20 | J | | |
| 85. -Rental Property ▇▇▇ unty, NC | | | | | Transferred (to line 36) | 11/12 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Sh. Com. Rockwell Collins | | | | | Sold | 5/23 | K | E | |
| 87. -Portsmouth NH Gen. Obl. Bnds. 9/15/20 | | | | | Sold | 5/23 | K | A | |
| 88. -Sh. Com. Comcast Corp. New Class A | | | | | Sold | 5/23 | J | | |
| 89. -Sh. Com. Idearc Inc. | | | | | Sold | 5/23 | J | | |
| 90. ▮▮▮▮ Govt Trust | | | | | Transferred (to line 91) | 5/19 | J | | |
| 91. ▮▮▮▮ Bank Deposit Program | | | | | Transferred (from line 90) | 5/19 | J | | |
| 92. -Daily Money Fund US Treasury Portfolio Fidelity Advisor | | | | | Buy | 8/1 | N | | |
| 93. | | | | | Sold | 11/13 | N | A | |
| 94. ▮▮▮▮ Securities: Cash Holding Account | | | | | Open | 5/31 | O | | |
| 95. | | | | | Closed | 6/30 | O | | |
| 96. | | | | | | | | | |
| 97. TRUST IV (Account Closed as of 12/31/08) | A | Interest | | | | | | | |
| 98. ▮▮▮▮ Bank Account | | | | | Closed | 6/19 | J | | |
| 99. ▮▮▮▮ Gov't Trust | | | | | Transferred (to line 100) | 5/19 | K | | |
| 100. -AG Edwards Bank Deposit Program | | | | | Transferred (from line 99) | 5/19 | K | | |
| 101. | | | | | | | | | |
| 102. TRUST V | F | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Sh Com. Exxon Mobil Corp | | | | | Sold (part) | 5/23 | O | G | |
| 104. | | | | | Sold | 5/28 | M | E | |
| 105. -Sh. Com General Electric | | | | | Sold (part) | 5/23 | N | | |
| 106. | | | | | Sold | 5/28 | L | | |
| 107. ███████Bank Account | | | | | Closed | 11/3 | J | | |
| 108. ███████Gov't Trust | | | | | Transferred (to line 109) | 5/19 | P1 | | |
| 109. ███████Bank Deposit Program | | | | | Transferred (from line 108) | 5/19 | P1 | | |
| 110. | | | | | Redeemed | 6/4 | P2 | | |
| 111. ███████Securities: Cash Holding Account | | | | | Open | 5/31 | P1 | | |
| 112. | | | | | | | | | |
| 113. TRUST VI (Account closed as of 5/31/08) | C | Int./Div. | | | | | | | |
| 114. - Sh. Com. AGL Resources | | | | | Sold | 4/28 | J | C | |
| 115. -AT&T (formerly Bell South) | | | | | Sold | 4/28 | K | D | |
| 116. - Sh. Com. Bristol-Meyers Squibb | | | | | Sold | 4/28 | J | B | |
| 117. -Sh. Com. Exxon | | | | | Sold | 4/28 | K | E | |
| 118. -Sh. Com. Idearc | | | | | Sold | 4/28 | J | | |
| 119. -Sh Com. JP Morgan & Chase | | | | | Sold | 4/28 | K | D | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Sh. Com. Verizon | | | | | Sold | 4/28 | K | D | |
| 121. -NH Mun. Bnd. Bk. 1/15/08 | | | | | Redeemed | 1/15 | K | | |
| 122. - Portsmouth NH Zero Coup. Bnd 9/15/20 | | | | | Sold | 4/29 | K | A | |
| 123. ███ Money Market Trust | | | | | Redeemed | 5/15 | K | | |
| 124. -███ Securities: Cash Holding Account | | | | | Open | 4/30 | M | | |
| 125. | | | | | Closed | 5/2 | M | | |
| 126. | | | | | | | | | |
| 127. TRUST VII (Account closed as of 5/31/08) | A | Int./Div. | | | | | | | |
| 128. -Sh. Com. Bank ███ (merger w/ ███ | | | | | Sold | 4/28 | J | D | |
| 129. -Sh. Com. Dupont E.I. Demour | | | | | Sold | 4/28 | J | B | |
| 130. -Sh. Com. Idearc Inc. | | | | | Sold | 4/28 | J | | |
| 131. -Sh. Com. Verizon | | | | | Sold | 4/28 | K | D | |
| 132. -Portsmouth NH Zero Coup. Bnd 8/15/20 | | | | | Sold | 4/28 | J | A | |
| 133. ███ Money Market Trust | | | | | Redeemed | 5/15 | K | | |
| 134. ███ Bank Deposit Program | | | | | Open | 4/29 | K | | |
| 135. | | | | | Closed | 5/15 | K | | |
| 136. -███ Securities: Cash Holding Account | | | | | Open | 4/30 | K | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Closed | 5/5 | K | | |
| 138. | | | | | | | | | |
| 139. TRUST VIII | E | Int./Div. | P1 | T | | | | | |
| 140. -Sh. Com. AT&T | | | | | Sold | 9/23 | K | | |
| 141. -Sh. Com. Bank of America | | | | | Sold | 9/23 | K | C | |
| 142. -Sh. Com Boeing | | | | | Sold | 9/23 | M | | |
| 143. -Sh. com. Centerpoint Energy | | | | | Sold | 9/23 | J | | |
| 144. -Sh. Com. Coca Cola | | | | | Sold | 9/23 | J | | |
| 145. -Sh. Com. Community Bancorp | | | | | | | | | |
| 146. -Sh. Com. FPL Group | | | | | Sold | 9/23 | J | | |
| 147. -Sh. Com General Electric | | | | | Sold | 9/23 | K | | |
| 148. - Sh. Com. J.P. Morgan Chase | | | | | Sold | 9/23 | K | B | |
| 149. -Sh. Com. NH Thrift Bankshares | | | | | | | | | |
| 150. -Sh. Com. Progress Energy | | | | | Sold | 9/23 | K | | |
| 151. -Sh. Com. Sempra Energy | | | | | Sold | 9/23 | K | | |
| 152. -Sh. Com. Textron | | | | | Sold | 9/23 | M | | |
| 153. -Sh. Com. Verizon Communications | | | | | Sold | 9/23 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Sh. Com. Wells Fargo | | | | | Sold | 9/23 | L | D | |
| 155. ███████ Bank Account | | | | | Redeemed | 11/14 | K | | |
| 156. -NH Mun. Bnd. Bk., Pinkerton Academy due 6/1/13 | | | | | | | | | |
| 157. -Portsmouth NH OID due 9/15/18 | | | | | | | | | |
| 158. -American Funds: American High Inc. Mun. Bnd. Fnd - A | | | | | Sold | 9/23 | K | | |
| 159. -American Funds: Capital Income Bldr. Fund A | | | | | Sold | 9/23 | N | | |
| 160. -American Funds: Income Fund of America A | | | | | Sold | 9/23 | N | | |
| 161. -American Funds: Tax Exempt Bnd. Fund of America Inc. A | | | | | Sold | 9/23 | K | | |
| 162. ███████ Bank Dept Pgm, ██████ Mtg, FSB and Cash | | | | | | | | | |
| 163. ████████ Bank Account (X) | | | | | | | | | |
| 164. -American Funds: US Treasury Money Find of America A | | | | | Buy | 9/23 | P1 | | |
| 165. | | | | | | | | | |
| 166. TRUST IX | D | Int./Div. | P1 | T | | | | | |
| 167. ████ ank Deposit Program (money market) | | | | | Open | 6/04 | O | | |
| 168. -American Funds: Am. High Inc. Muni Bond Fd - A | | | | | Buy | 6/18 | K | | |
| 169. | | | | | Buy (Add'l) | 7/17 | K | | |
| 170. | | | | | Buy (Add'l) | 8/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Buy (Add'l) | 9/18 | J | | |
| 172. -American Funds: Capital World Growth & Income Fd - A | | | | | Buy | 6/18 | L | | |
| 173. | | | | | Buy (Add'l) | 7/17 | L | | |
| 174. | | | | | Buy (Add'l) | 8/18 | L | | |
| 175. | | | | | Buy (Add'l) | 9/18 | K | | |
| 176. -American Funds: Euro Pacific Growth Fund - A | | | | | Buy | 6/18 | L | | |
| 177. | | | | | Buy (Add'l) | 7/17 | L | | |
| 178. | | | | | Buy (Add'l) | 8/18 | L | | |
| 179. | | | | | Buy (Add'l) | 9/18 | K | | |
| 180. | | | | | Sold | 12/9 | M | | |
| 181. -American Funds: Fundamental Investors - A | | | | | Buy | 6/18 | K | | |
| 182. | | | | | Buy (Add'l) | 7/17 | K | | |
| 183. | | | | | Buy (Add'l) | 8/18 | K | | |
| 184. | | | | | Buy (Add'l) | 9/18 | K | | |
| 185. -American Funds: Growth Fund of America - A | | | | | Buy | 6/18 | K | | |
| 186. | | | | | Buy (Add'l) | 7/17 | K | | |
| 187. | | | | | Buy (Add'l) | 8/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (Add'l) | 9/18 | J | | |
| 189. | | | | | Sold | 12/16 | L | | |
| 190.   -American Funds: New World Fund - A | | | | | Buy | 6/18 | K | | |
| 191. | | | | | Buy (Add'l) | 7/17 | K | | |
| 192. | | | | | Buy (Add'l) | 8/18 | K | | |
| 193. | | | | | Buy (Add'l) | 9/18 | J | | |
| 194.   -American Funds: Tax Exempt Bond Fund of America -A | | | | | Buy | 6/18 | K | | |
| 195. | | | | | Buy (Add'l) | 7/17 | K | | |
| 196. | | | | | Buy (Add'l) | 8/18 | K | | |
| 197. | | | | | Buy (Add'l) | 9/19 | J | | |
| 198.   -Fidelity Advisor Daily Money Fund US Treasury Portfolio | | | | | Buy | 8/1 | M | | |
| 199.   -Sh. Com. Exxon Mobil | | | | | Transferred (from line 72) | 11/13 | L | | |
| 200.   -Sh. Com. General Electric | | | | | Transferred (from line 76) | 11/13 | K | | |
| 201.   -American Funds: Intl Growth & Income Fund - A | | | | | Buy | 12/09 | M | | |
| 202.   -American Funds: American Mutual Fund - A | | | | | Buy | 12/16 | L | | |
| 203. | | | | | | | | | |
| 204.   TRUST X | E | Int./Div. | O | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
   (See Column C2)          U =Book Value           V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. ▮▮▮▮▮ Bank Deposit Program (Money Market) | | | | | Open | 6/18 | O | | |
| 206. -Fidelity Advisor Daily Money Fund US Treasury Portfolio | | | | | Buy | 8/01 | O | | |
| 207. -Dodge & Cox International Stock Fund | | | | | Buy | 6/18 | K | | |
| 208. | | | | | Buy (Add'l) | 7/17 | K | | |
| 209. | | | | | Buy (Add'l) | 8/18 | K | | |
| 210. | | | | | Buy (Add'l) | 9/18 | K | | |
| 211. | | | | | Sold | 12/22 | K | | |
| 212. -Dodge & Cox Stock Fund | | | | | Buy | 6/18 | K | | |
| 213. | | | | | Buy (Add'l) | 7/17 | K | | |
| 214. | | | | | Buy (Add'l) | 8/18 | K | | |
| 215. | | | | | Buy (Add'l) | 9/18 | K | | |
| 216. -Evergreen Equity Trust: Asset Allocation Fund - A | | | | | Buy | 6/18 | K | | |
| 217. | | | | | Buy (Add'l) | 7/18 | K | | |
| 218. | | | | | Buy (Add'l) | 8/18 | K | | |
| 219. | | | | | Buy (Add'l) | 9/18 | K | | |
| 220. -Harbor Fund International Fund Inv. CL | | | | | Buy | 12/19 | K | | |
| 221. -Hartford Mutual Funds Capital Appreciation Fund - A | | | | | Buy | 6/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Buy (Add'l) | 7/17 | J | | |
| 223. | | | | | Buy (Add'l) | 8/18 | J | | |
| 224. | | | | | Buy (Add'l) | 9/18 | J | | |
| 225.  -Loomis Sayles Funds II Strategic Income Fund - A | | | | | Buy | 6/18 | J | | |
| 226. | | | | | Buy (Add'l) | 7/17 | J | | |
| 227. | | | | | Buy (Add'l) | 8/18 | J | | |
| 228. | | | | | Buy (Add'l) | 9/18 | J | | |
| 229.  -Franklin -Templeton Mutual Discovery Fund Z | | | | | Buy | 6/18 | K | | |
| 230. | | | | | Buy (Add'l) | 7/17 | K | | |
| 231. | | | | | Buy (Add'l) | 8/18 | K | | |
| 232. | | | | | Buy (Add'l) | 9/18 | K | | |
| 233. | | | | | Sold | 12/10 | L | | |
| 234.  -Oppenheimer Rochester National Muni - A | | | | | Buy | 6/18 | J | | |
| 235. | | | | | Buy (Add'l) | 7/17 | J | | |
| 236. | | | | | Buy (Add'l) | 8/18 | J | | |
| 237. | | | | | Buy (Add'l) | 9/18 | J | | |
| 238.  -Pimco Funds: Pacific Invst Mgmt Ser All Asset Fund - A | | | | | Buy | 6/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (Add'l) | 7/17 | K | | |
| 240. | | | | | Buy (Add'l) | 8/18 | K | | |
| 241. | | | | | Buy (Add'l) | 9/18 | K | | |
| 242. -T Rowe Price High Yield Fund | | | | | Buy | 6/18 | K | | |
| 243. | | | | | Buy (Add'l) | 7/17 | K | | |
| 244. | | | | | Buy (Add'l) | 8/18 | K | | |
| 245. | | | | | Buy (Add'l) | 9/18 | K | | |
| 246. -T Rowe Price Emerging Markets Stock Fund | | | | | Buy | 6/18 | J | | |
| 247. | | | | | Buy (Add'l) | 7/17 | J | | |
| 248. | | | | | Buy (Add'l) | 8/18 | J | | |
| 249. | | | | | Buy (Add'l) | 9/18 | J | | |
| 250. -Templeton Global Bond Fund - A | | | | | Buy | 6/18 | J | | |
| 251. | | | | | Buy (Add'l) | 7/17 | J | | |
| 252. | | | | | Buy (Add'l) | 8/18 | J | | |
| 253. | | | | | Buy (Add'l) | 9/18 | J | | |
| 254. -Franklin Templeton Mutual Discovery Fund Z | | | | | Buy | 12/10 | L | | |
| 255. | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  TRUST XI | D | Int./Div. | N | T | | | | | |
| 257.  ███████Bank Deposit Program (Money Market) | | | | | Buy | 6/05 | P1 | | |
| 258.  -Fidelity Advisor Daily Money Market Fd US Treasury Port | | | | | Buy | 8/01 | O | | |
| 259.  -American Funds: Capital Income Builder Fund - A | | | | | Buy | 6/18 | K | | |
| 260. | | | | | Buy | 7/17 | K | | |
| 261. | | | | | Buy (Add'l) | 8/18 | K | | |
| 262. | | | | | Buy (Add'l) | 9/18 | K | | |
| 263.  -American Funds: Capital World Growth Income Fund - A | | | | | Buy | 6/18 | K | | |
| 264. | | | | | Buy (Add'l) | 7/17 | K | | |
| 265. | | | | | Buy (Add'l) | 8/18 | K | | |
| 266. | | | | | Buy (Add'l) | 9/19 | K | | |
| 267.  -American Funds: International Growth & Income Fund - A | | | | | Buy | 12/09 | K | | |
| 268.  -American Funds: New World Fund Inc. - A | | | | | Buy | 6/18 | J | | |
| 269. | | | | | Buy (Add'l) | 7/17 | J | | |
| 270. | | | | | Buy (Add'l) | 8/18 | J | | |
| 271. | | | | | Buy (Add'l) | 9/18 | J | | |
| 272.  -American Funds: Euro Pacific Growth Fund - A | | | | | Buy | 6/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (Add'l) | 7/17 | K | | |
| 274. | | | | | Buy (Add'l) | 8/18 | K | | |
| 275. | | | | | Buy (Add'l) | 9/18 | K | | |
| 276. | | | | | Sold | 12/09 | K | | |
| 277. | | | | | | | | | |
| 278. TRUST XII | D | Int./Div. | O | | | | | | |
| 279. ████████Bank Deposit Program (Money Market) | | | | | Buy | 6/04 | O | | |
| 280. -Fidelity Advisor Daily Money Fund -US Treas. Porfolio | | | | | Buy | 8/1 | N | | |
| 281. -Sh Com. Exxon Mobil | | | | | Transferred (from line 72) | 11/13 | L | | |
| 282. -Sh Com. General Electric | | | | | Spinoff (from line 76) | 11/13 | K | | |
| 283. -American Funds: American High Inc. Muni Bond Fund - A | | | | | Buy | 6/18 | K | | |
| 284. | | | | | Buy (Add'l) | 7/17 | K | | |
| 285. | | | | | Buy (Add'l) | 8/18 | K | | |
| 286. | | | | | Buy (Add'l) | 9/18 | K | | |
| 287. -American Funds: American Mutual Fund - A | | | | | Buy | 12/16 | L | | |
| 288. -American Funds: Captial World Growth & Income Fund - A | | | | | Buy | 6/18 | L | | |
| 289. | | | | | Buy (Add'l) | 7/17 | L | | |

1. Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) | U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (Add'l) | 8/18 | L | | |
| 291. | | | | | Buy (Add'l) | 9/18 | L | | |
| 292. -American Funds: Fundamental Investors -A | | | | | Buy | 6/18 | K | | |
| 293. | | | | | Buy (Add'l) | 7/17 | K | | |
| 294. | | | | | Buy (Add'l) | 8/18 | K | | |
| 295. | | | | | Buy (Add'l) | 9/18 | K | | |
| 296. -American Funds: International Growth & Income Fund - A | | | | | Buy | 12/09 | M | | |
| 297. -American Funds: New World Fund - A | | | | | Buy | 6/18 | K | | |
| 298. | | | | | Buy (Add'l) | 7/17 | K | | |
| 299. | | | | | Buy (Add'l) | 8/18 | K | | |
| 300. | | | | | Buy (Add'l) | 9/18 | K | | |
| 301. -American Funds: Tax Exempt Bond Fund of America - A | | | | | Buy | 6/18 | K | | |
| 302. | | | | | Buy (Add'l) | 7/17 | K | | |
| 303. | | | | | Buy (Add'l) | 8/18 | K | | |
| 304. | | | | | Buy (Add'l) | 9/18 | K | | |
| 305. -American Funds: Euro Pacific Growth Fund - A | | | | | Buy | 6/18 | K | | |
| 306. | | | | | Buy (Add'l) | 7/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (Add'l) | 8/18 | K | | |
| 308. | | | | | Buy (Add'l) | 9/18 | K | | |
| 309. | | | | | Sold | 12/09 | M | | |
| 310. -American Funds: Growth Fund of America - A | | | | | Buy | 6/18 | K | | |
| 311. | | | | | Buy (Add'l) | 7/17 | K | | |
| 312. | | | | | Buy (Add'l) | 8/18 | K | | |
| 313. | | | | | Buy (Add'l) | 9/18 | K | | |
| 314. | | | | | Sold | 12/16 | L | | |
| 315. | | | | | | | | | |
| 316. TRUST XIII | D | Int./Div. | O | T | | | | | |
| 317. ███████Bank Deposit Program (Money Market) | | | | | Buy | 6/04 | P1 | | |
| 318. -Fidelity Advisor Daily Money Fund US Treasury Portfolio | | | | | Buy | 8/1 | M | | |
| 319. -American Funds: Capital Income Builder Fund - A | | | | | Buy | 6/18 | K | | |
| 320. | | | | | Buy (Add'l) | 7/17 | K | | |
| 321. | | | | | Buy (Add'l) | 8/18 | K | | |
| 322. | | | | | Buy (Add'l) | 9/18 | K | | |
| 323. -American Funds: International Growth & Income Fund - A | | | | | Buy | 12/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.   -American Funds: New World Fund - A | | | | | Buy | 6/18 | K | | |
| 325. | | | | | Buy (Add'l) | 7/17 | K | | |
| 326. | | | | | Buy (Add'l) | 8/18 | K | | |
| 327. | | | | | Buy (Add'l) | 9/18 | K | | |
| 328.   -American Funds: Euro Pacific Growth Fund - A | | | | | Buy | 6/18 | K | | |
| 329. | | | | | Buy (Add'l) | 7/17 | K | | |
| 330. | | | | | Buy (Add'l) | 8/18 | K | | |
| 331. | | | | | Buy (Add'l) | 9/18 | K | | |
| 332. | | | | | Sold | 12/09 | L | | |
| 333. | | | | | | | | | |
| 334.   TRUST XIV | E | Int./Div. | O | T | | | | | |
| 335.   ▇▇▇▇▇ Bank Deposit Program (Money Market) | | | | | Buy | 6/18 | P1 | | |
| 336.   -Fidelity Advisor Daily Money Fund US Treasury Portfolio | | | | | Buy | 8/1 | O | | |
| 337.   -Dodge & Cox Stock Fund | | | | | Buy | 6/18 | K | | |
| 338. | | | | | Buy (Add'l) | 7/17 | K | | |
| 339. | | | | | Buy (Add'l) | 8/18 | K | | |
| 340. | | | | | Buy (Add'l) | 9/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  -Evergreen Equity Trust Asset Allocation Fund - A | | | | | Buy | 6/18 | K | | |
| 342. | | | | | Buy (Add'l) | 7/17 | K | | |
| 343. | | | | | Buy (Add'l) | 8/18 | K | | |
| 344. | | | | | Buy (Add'l) | 9/18 | K | | |
| 345.  -Harbor Fund International Fund Inv. CL | | | | | Buy | 12/19 | L | | |
| 346.  -Hartford Mutual Funds Capital Appreciation Fund - A | | | | | Buy | 6/18 | K | | |
| 347. | | | | | Buy (Add'l) | 7/17 | K | | |
| 348. | | | | | Buy (Add'l) | 8/18 | K | | |
| 349. | | | | | Buy (Add'l) | 9/18 | K | | |
| 350.  -Loomis Sayles Fund II Strategic Income Fund - A | | | | | Buy | 6/18 | J | | |
| 351. | | | | | Buy (Add'l) | 7/17 | J | | |
| 352. | | | | | Buy (Add'l) | 8/18 | J | | |
| 353. | | | | | Buy (Add'l) | 9/18 | J | | |
| 354.  -Franklin Templeton Mutual Discovery Fund Z | | | | | Buy | 12/09 | L | | |
| 355.  -Oppenheimer Rochester National Municipals -A | | | | | Buy | 6/18 | J | | |
| 356. | | | | | Buy (Add'l) | 7/17 | J | | |
| 357. | | | | | Buy (Add'l) | 8/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (Add'l) | 9/18 | J | | |
| 359. -Pimco FDS Pac Investment Mgmt Ser. All Asset Fund - A | | | | | Buy | 6/18 | K | | |
| 360. | | | | | Buy (Add'l) | 7/17 | K | | |
| 361. | | | | | Buy (Add'l) | 8/18 | K | | |
| 362. | | | | | Buy (Add'l) | 9/18 | K | | |
| 363. -T Rowe Price Tax Free High Yield Fund | | | | | Buy | 6/18 | K | | |
| 364. | | | | | Buy (Add'l) | 7/17 | K | | |
| 365. | | | | | Buy (Add'l) | 8/18 | K | | |
| 366. | | | | | Buy (Add'l) | 9/18 | K | | |
| 367. -T Rowe Price Int'l Funds Emerging Markets Stock Fund | | | | | Buy | 6/18 | J | | |
| 368. | | | | | Buy (Add'l) | 7/17 | J | | |
| 369. | | | | | Buy (Add'l) | 8/18 | J | | |
| 370. | | | | | Buy (Add'l) | 9/18 | K | | |
| 371. -Templeton Global Bond Fund - A | | | | | Buy | 6/18 | J | | |
| 372. | | | | | Buy (Add'l) | 7/17 | J | | |
| 373. | | | | | Buy (Add'l) | 8/18 | J | | |
| 374. | | | | | Buy (Add'l) | 9/18 | J | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. ███████ Securities Cash Holding Account | | | | | Open | 12/31 | J | | |
| 376. -Franklin Templeton Mutual Discovery Fund - A | | | | | Buy | 6/18 | K | | |
| 377. | | | | | Buy (Add'l) | 7/17 | K | | |
| 378. | | | | | Buy (Add'l) | 8/18 | K | | |
| 379. | | | | | Buy (Add'l) | 9/18 | K | | |
| 380. | | | | | Sold | 12/10 | L | | |
| 381. -Dodge & Cox International Stock Fund | | | | | Buy | 6/18 | K | | |
| 382. | | | | | Buy (Add'l) | 7/17 | K | | |
| 383. | | | | | Buy (Add'l) | 8/18 | K | | |
| 384. | | | | | Buy (Add'l) | 9/18 | K | | |
| 385. | | | | | Sold | 12/22 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| Name of Person Reporting | Date of Report |
| --- | --- |
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART I - POSITIONS:

Line 1. Reporting person became co-trustee on 9/3/08, and then sole trustee on 9/17/08, of Trust VIII, which made this trust reportable as of 9/03/08. The income reported for this trust is income that accured between 9/3/08 and 12/31/08. Gains listed for this trust in Column D(4) represents the appreciation of an asset from 9/3/08 to the date it was sold, and any losses were determined using the same time frame.

Line 2. Power of Attorney was exercised by reporting person on 8/29/08 and terminated on 9/17/08. Only reportable asset subject to the power is listed in Part VII, under Trust VIII, line 163. This asset remained reportable under the trust after the POA was terminated. Reporting person became co-trustee on 9/3/08, and then sole trustee on 9/17/08, of Trust VIII, which made this trust reportable as of 9/03/08. The income reported for this trust is income that accured between 9/3/08 and 12/31/08. Gains listed for this trust in Column D(4) represents the appreciation of an asset from 9/3/08 to the date it was sold, and any losses were determined using the same time frame.

Line 3. Estate # 1 contains no reportable assets.

Line 4. Estate #2 contains no reportable assets.

PART V - GIFTS:

Estimated valued based on appraisal done in 1992 by realtor.

PART VII - INVESTMENTS AND TRUSTS:

Trust accounts IX, X, XI, XII, XIII, and XIV were opened on 6/08 and became reportable as of the date of the first qualifying transactions listed under each trust.

Money Market Trust and the Government Trust were discontinued and replaced by the Bank Deposit Program. On or after May 19, 2008, existing balances in the discontinued accounts were transferred to the Bank Deposit program.

Page 7, line 72, "Sh. Com. Exxon Mobile" 1/2 of the total number of remaining shares of this stock was transfered to line 199 and the other 1/2 to line 281.

Page 8, line 76, "Sh. Com. General Electric" 1/2 of the total number of remaining shares of this stock was transfered to line 200 and the other 1/2 to line 282.

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 03/18/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544